# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| GNL RIDGLEA, LLC, § § Plaintiff, § § v. § § GUANG DONG HAILEA GROUP § CO., LTD., *et al.*, § § Defendants. § | Civil Action No. 4:18-cv-00286-O-BP |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (ECF No. 26). No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **GRANTS** Hailea's 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 7), **DISMISSES WITHOUT PREJUDICE** GNL's Amended Petition (ECF No. 1-6), and **DENIES AS MOOT** Central Garden's Motion to Intervene (ECF No. 12); Central Garden's Motion for Leave to File Response in Opposition to Hailea's 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction or in the Alternative Motion for Leave to Conduct Discovery on Jurisdictional Issues (ECF No. 14); Hailea's Motion to Strike (ECF No. 18); and the parties' Joint Motion to Stay

Discovery Pending the Court's ruling on Hailea's 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 25).

**SO ORDERED** on this **22nd** day of **October, 2018**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**